# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Darnell Thomas,

       Plaintiff(s),

vs.

K. Allred, L. Richardson, and
The Charlotte Mecklenburg Police
Department,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-393

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2007 Order.

**Signed: September 21, 2007**

Frank G. Johns, Clerk
United States District Court